

FILED

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0208



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0208

JACKPOT FARMS, INC. a Montana
Corporation,

     Plaintiff and Appellee,

     v.

JOHNS FARMS, INC., a Montana Corporation,

     Defendant and Appellant.

**GRANT OF EXTENSION**

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until June 22, 2020, to prepare, file, and serve the opening brief.

DATED this May 13, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Robert B. Pfennigs, Heather M. Starnes, Thane P. Johnson